Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−20270−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Electa R. Spells
   fka Electa R. Lawry
   69 Adams Street
   Swedesboro, NJ 08085

Social Security No.:
   xxx−xx−4268

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on July 26, 2018.

On March 1, 2019, the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:                April 10, 2019
Time:                10:00 AM
Location:          Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: March 1, 2019
JAN: jpl

                                                                                                      Jeanne Naughton
                                                                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-20270-ABA
Electa R. Spells                                                        Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2           Date Rcvd: Mar 01, 2019
                              Form ID: 185             Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2019.
```
db           +Electa R. Spells,    69 Adams Street,    Swedesboro, NJ 08085-1568
aty          +Ekaterine N Eleftheriou,    Law Office of Brian J. Duffield,    95 North Main Street,
               Mullica Hill, NJ 08062-9421
cr           +Township of Logan,    Law Offices of Brain J Duffield,    95 North Main Street,
               Mullica, NJ 08062-9421
517543772    +Beckett Association,    1102 Broadacres Drive,    Clementon, NJ 08021-5649
517543773    +Beckett Association, Inc.,    Attn: Wentworth Property Mgt. Corp.,
               7 N. Columbus Blvd., Suite 250,    Philadelphia, PA 19106-1441
517544696    +Brad Spiller Esq,    175 Richey Avenue,    Collingswood NJ 08107-2338
517543774    #Comcast,    PO Box 3002,    Southeastern, PA 19398-3002
517543775    +KML Law Group, PC,    216 Haddon Avenue, Suite 406,    Westmont, NJ 08108-2812
517543776    +Law Offices of Louis G. Guzzo,    89 N. Haddon Avenue,    Haddonfield, NJ 08033-2473
517574201    +Logan,   Brian J. Duffield, Esq.,    95 North Main Street,    Mullica Hill, NJ 08062-9421
517543777    +Logan Township,    Tax Collector,    125 Main Street,    Bridgeport, NJ 08014-9716
517544695     Marisha Gentile,    124 E Wheat Rd,    Vineland NJ 08360
517588172    +MidFirst Bank,    Kevin G. McDonald, Esquire,    216 Haddon Avenue, Ste. 406,
               Westmont, NJ 08108-2812
517667387    +MidFirst Bank,    999 NW Grand Blvd,    Oklahoma City, OK 73118-6051
517543778    +Midland Mortgage,    PO Box 26648,    Oklahoma City, OK 73126-0648
517606163    +US BANK CUST PC6, LLC STERLING NAT,    Linda S. Fossi, Esquire,    GARY C. ZEITZ, L.L.C.,
               1101 Laurel Oak Road, Suite 170,    Voorhees, New Jersey 08043-4381
517543780    +USBANKcust/PC6,LLC,    50 S. 16th Street,    Suite 2050,    Philadelphia, PA 19102-2516
517543779    +USBank Global Corp Trust Serv,    50 S. 16th Street,    Suite 2050,    Philadelphia, PA 19102-2516
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Mar 01 2019 23:40:29     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 01 2019 23:40:27     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517543771     E-mail/Text: bankruptcy@pepcoholdings.com Mar 01 2019 23:40:17
               Atlantic City Electric Company,    Pepco Holdings, Inc.,
               Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
               Carneys Point, NJ  08069-3600
517655823    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 01 2019 23:41:15     Verizon,
               by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517605292      US Bank Cust PC6, LLC Sterlling Nat
                                                                                    TOTALS: 1, * 0, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2019 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Mar 01, 2019
                              Form ID: 185             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Linda S. Fossi    on behalf of Creditor    US Bank Cust PC6, LLC Sterling Nat lfossi@zeitzlawfirm.com, gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
          Richard S. Hoffman, Jr.    on behalf of Debtor Electa R. Spells rshoffman@hoffmandimuzio.com, lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                   TOTAL: 7