Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

> Case No.: 18–20270–ABA
> Chapter: 13
> Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　Electa R. Spells
　fka Electa R. Lawry
　69 Adams Street
　Swedesboro, NJ 08085

Social Security No.:
　xxx–xx–4268

Employer's Tax I.D. No.:

## FINAL DECREE

　The estate of the above named debtor(s) has been fully administered.

　If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

　ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>June 17, 2019</u>　　　　　　　<u>Andrew B. Altenburg Jr.</u>
　　　　　　　　　　　　　　　　　Judge, United States Bankruptcy Court